# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2092
_____

JAMES HUNTER CAMPBELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

February 21, 2019

PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James C. Campbell of Law Office of James C. Campbell, P.A., Shalimar, for Appellant.

Ashley B. Moody, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.